## 30493. NOLLEY v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Remanded with direction. All the Justices concur.*

DECIDED DECEMBER 2, 1975.

Clifford O. Nolley, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30118. COX v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 16, 1975.

*Thomas M. West,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.

## 30195. KIMBLE v. BROWN.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter, Ingram and Hill, JJ., who dissent.*

DECIDED DECEMBER 16, 1975.

Rufus Kimble, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.